# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 8:18-cr-00135-DOC |
| Date | April 2, 2019 |
| Title | United States of America v. David Hwang |

**Present: The Honorable** John D. Early

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Maria Barr | n/a |

| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendant: |
|---|---|
| Assistant U.S. Attorney Daniel Lim | H. Dean Steward, CJA Panel |

**Proceedings:** Order of Detention after Hearing Under 18 U.S.C. §3148(b)

Defendant David Hwang ("Defendant"), represented by counsel, appeared after being taken into custody on an arrest warrant issued by United States District Judge David O. Carter on a petition dated August 2, 2018 alleging violations of the terms and conditions of Defendant's pretrial release ("Petition"). The Court conducted a hearing pursuant to 18 U.S.C. § 3148(b) on the alleged violations on April 2, 2019.

After considering the Petition, the Pretrial Services ("PTS") Report and Recommendation, and the argument of counsel, the Court finds there is clear and convincing evidence that Defendant violated the conditions of his release dated July 20, 2018. Specifically, Defendant having been ordered to: (a) submit to PTS supervision, as directed by PTS ; (b) reside as approved by PTS and not relocate without prior permission by PTS; (c) not use or possess illegal drugs; and (d) submit to drug testing, the Court finds Defendant has: (1) since at least from July 31, 2018 to November 19, 2018, absconded and has not advised PTS of his location, therefore failing to be supervised by PTS as directed by PTS and relocating without prior permission of PTS, (2) used methamphetamine on July 23, 2018 and July 24, 2018; and (3) failed to report for drug testing as directed on July 31, 2018, all in violation of the terms and conditions of his release.

Having considered the factors set forth in 18 U.S.C. § 3142(b), the Court further finds: (1) there is no condition or combination of conditions of release that will reasonably assure that Defendant will not flee or pose a danger to the safety of any person or the community; and (2) Defendant is unlikely to abide by any condition or combination of conditions of release. As a

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | 8:18-cr-00135-DOC | Date | April 2, 2019 |
|---|---|---|---|
| Title | United States of America v. David Hwang | | |

result, Defendant's release is REVOKED pursuant to 18 U.S.C. § 3148, subsections (b)(1)(B) and (b)(2)(A)&(B) Defendant shall be detained pending further proceedings in this matter.

IT IS SO ORDERED.